# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:08-cr-051-RLH-PAL |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Letter/Motion–#32) |
| MARIO JAIME IBARRA, ) | |
| ) | |
| Defendant. ) | |

Before the Court is a letter, docketed as a motion (#32, filed January 21, 2009).

Defendant asks when his sentence started and where to send the $100 special assessment. The second question is answered in the Judgment (#31) and the Notice of Judgment (#33, filed April 3, 2009). The $100 was remitted on motion by the Government, which means Mr. Ibarra does not have to pay it.

The first question, as to when his sentence started, can only be answered by the Bureau of Prisons, who makes that determination.

Accordingly, to the extent this Order answers Defendant's questions, the Letter/Motion–#32 is moot and will be denied on that basis.

IT IS SO ORDERED.

Dated: May 9, 2012.

_____
Roger L. Hunt
United States District Judge